| | |
|---|---|
| 1 | LAW OFFICE OF MARK E. MERIN |
| 2 | Mark E. Merin, SBN. 043849<br>2001 P Street, Suite 100 |
| 3 | Sacramento, California 95814<br>Telephone: (916) 443-6911 |
| 4 | Facsimile: (916) 447-8336<br>E-Mail: mark@markmerin.com |
| 5 | Attorneys for Plaintiff |
| 6 | PLACER COUNTY COUNSEL |
| 7 | David K. Huskey (SBN 109329)<br>Jamie Edwards (SBN 228956) |
| 8 | 175 Fulweiler Avenue<br>Auburn, California 95603 |
| 9 | Telephone: (530) 889-4044<br>Facsimile: (530) 889-4069 |
| 10 | Attorneys for Defendants |

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ANGELIC SANCHEZ, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>PLACER COUNTY, et al.,<br><br>   Defendants. | CASE NO: 05-CV-02231 DFL/JFM<br><br>**VOLUNTARY DISMISSAL BY STIPULATION [FRCP Rule 41(a)] AND ORDER**<br><br>COMPLAINT FILED:   11/03/05<br>TRIAL DATE:   Not Set |

The parties to the above-captioned matter, having resolved their differences in a mutually satisfactory manner, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal with prejudice of this action in its entirety, each party to bear their own attorney's fees and costs.

DATED: October 27, 2006            Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY: /s/ - "Mark E. Merin"
_____
Mark E. Merin
Attorneys for Plaintiffs

1 | DATED: October 25, 2006          Respectfully submitted,

2 |                                          PLACER COUNTY COUNSEL

3

4 |                                          /s/ - "David K. Huskey"

5 |                                   BY: _____
                                          David K. Huskey, Deputy County Counsel
                                          Attorney for Defendants
6

7 |                                        **ORDER**

8

9 |     IT IS HEREBY ORDERED that this matter may be, and hereby is, dismissed with

10 | prejudice, in its entirety, each party to bear their own attorney's fees and costs.

11 | DATED: November 7, 2006

12

13 |                               _____/s/ David F. Levi_____
                                  HON. DAVID F. LEVI, JUDGE
14 |                              U.S. DISTRICT COURT, EASTERN DISTRICT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGELIC SANCHEZ, et al. v. PLACER COUNTY, et al.          Page 2 of 2          USDC, Eastern District, Case No. 05-CV-02231 DFL/JFM
VOLUNTARY DISMISSAL BY STIPULATION & ORDER

F:\WPWORK\MCNULTY\PLEADING\COMPLAIN.DOC